# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | September 29, 2009 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Bernique Abiakam | Interpreter: | Adriana Weisz and |
| Court Reporter: | Therese Lindblom | | Ruth Warner |

Criminal Case No.  **09-cr-00100-WYD**          Counsel:

UNITED STATES OF AMERICA,                Wyatt B. Angelo

       Plaintiff,

v.

**3.  ABRAHAM CUEVAS-PENA,**              John F. Sullivan, III
**4.  GABINO FLORES-HERNANDEZ,**          Scott T. Poland
**7.  JUAN CARLOS DENICOLAS,**            Lisa A. Polansky
**8.  OSCAR CEJA-MERAZ,**                 Robert S. Berger
**9.  OMAR GARCIA-LOPEZ**,                Kathleen S. Smith
                                                              Martha H. Eskesen

       Defendants.

## COURTROOM MINUTES

**STATUS CONFERENCE and MOTIONS HEARING**

**9:47 a.m.**     Court in Session - Defendants present in-custody.

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

Interpreters sworn.

Statement by Mr. Poland.

Statement by Mr. Angelo.

*09-cr-00100-WYD-3-4-7-8-9*
*Status Conference/Motions Hearing*
*September 29, 2009*

**ORDERED:** Motion of Defendant, Gabino Flores-Hernandez, Pursuant To Fed.R.Crim.P. 12(b)(4)(B) For Notice Of the Government's Intention To Use Certain Evidence Which May Be The Subject Of A Motion to Suppress [doc. #137], filed August 13, 2009, is **GRANTED.**

Statement by Ms. Polansky

**ORDERED:** Defendant Juan Carlos Denicolas' Motion for Discovery of Further Pertinent Wiretap Applications, Affidavits, and Orders [doc. #116], filed August 8, 2009, is **GRANTED.**

**ORDERED:** Defendant Gabino Flores-Hernandez' Motion for Notice Of Government's Intent To Introduce Evidence Pursuant To Rule 807, F.R.E. [doc. #132], filed August 13, 2009, is **DENIED AS MOOT.**

**ORDERED:** Defendant Gabino Flores-Hernandez' Motion for Disclosure of Confidential Informant [doc. #140], filed August 13, 2009, is **GRANTED.** The Government shall disclose evidence not later than 45 days before trial.

**ORDERED:** The Government shall produce the wiretap information from Nevada and Idaho on or before, October 6, 2009.

**ORDERED:** Defendant Gabino Flores-Hernandez' Motion for Disclosure of Grand Jury Information [doc. #133], filed August 13, 2009, is **GRANTED.**

**ORDERED:** Defendant Oscar Ceja-Meraz' Motion to Disclose Grand Jury Material to Defendant [doc. #118], filed August 12, 2009, is **GRANTED.**

**ORDERED:** Defendant Gabino Flores-Hernandez' Motion for Disclosure of Jenks Material [doc. #129], filed August 13, 2009, is **DENIED AS MOOT.**

**ORDERED:** Defendant Gabino Flores-Hernandez' Motion for Preservation of Government Notes [doc. #130], filed August 13, 2009, is **GRANTED.** The Government shall preserve all requested material.

**ORDERED:** Defendant Omar Garcia-Lopez' Motion to Produce Specific Brady Material [doc. #107], filed June 22, 2009, is **DENIED AS MOOT.**

**ORDERED:** Defendant Juan Carlos Denicolas' Motion for Disclosure of 404(b) Evidence [doc. #114], filed August 8, 2009, is **DENIED AS MOOT.**

*09-cr-00100-WYD-3-4-7-8-9*
*Status Conference/Motions Hearing*
*September 29, 2009*

**ORDERED:** Defendant Juan Carlos Denicolas' Motion for Notice Of Government's Intent To use Expert Testimony And For Related Discovery Pursuant To Fed.R.Crim.P.16 (Filed 8/8/09; Doc. No. 115) is **GRANTED AS SPECIFIED.** The Government shall provide information to interested defendants not later than 60 days prior to any evidentiary hearing set by the Court.

**ORDERED:** Defendant Oscar Ceja-Meraz' Motion for Disclosure of Rule 404(b), 608 and 609 Evidence [doc. #120], filed August 12, 2009, is **DENIED AS MOOT.**

**ORDERED:** Defendant Oscar Ceja-Meraz' Motion for Disclosure of Intention to Use 801(d)(2)(E) Evidence [doc. #121], filed August 12, 2009, is **GRANTED as SPECIFIED.**

**ORDERED:** Defendant Gabino Flores-Hernandez' Motion for Discovery Relating to Expert Opinion Testimony [doc. #128], filed August 13, 2009, is **GRANTED.**

**ORDERED:** Defendant Gabino Flores-Hernandez' Motion for Disclosure of Evidence Favorable to the Accused [doc. #136], filed August 13, 2009, is **DENIED AS MOOT.**

**ORDERED:** Defendant Gabino Flores-Hernandez' Motion for Discovery and Inspection [doc. #138], filed August 13, 2009, is **DENIED AS MOOT.**

**ORDERED:** Defendant Gabino Flores-Hernandez' Motion for Disclosure Pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence [doc. #139], filed August 13, 2009, is **GRANTED as SPECIFIED.**

**ORDERED:** Defendant Abraham Cuevas-Pena's Motion for Discovery and Disclosure [doc. #142], filed August 13, 2009, is **GRANTED IN PART and DENIED IN PART.**

The Court will allow counsel to meet and confer regarding further hearing dates and deadlines.

**10:22 a.m.**     **Court in Recess.**

**10:38 a.m.**     **Court in Session.**

**ORDERED:** Hearing on non-wiretap suppression motions is set for December 8, 2009 at 9:30 a.m. for a full-day.

**ORDERED:** Wire-tap hearing is set for January 19, 2010 at 9:30 a.m. for one-half day.

*09-cr-00100-WYD-3-4-7-8-9*
*Status Conference/Motions Hearing*
*September 29, 2009*

**ORDERED:** Motions challenging the wire-taps/supplements due December 1, 2009. Responses due December 15, 2009.

**ORDERED:** Defendant Oscar Ceja-Meraz' Motion for James Hearing [doc. #122], filed August 12, 2009, is **GRANTED.**

**ORDERED:** Defendant Gabino Flores-Hernandez' Motion For Pretrial Determination Of Admissibility Of Co-Conspirator Hearsay Under F.R.E. 801(d)(2)(E) [doc. #127], filed August 13, 2009, is **GRANTED**.

**ORDERED:** James Proffer objections due December 1, 2009. Responses due December 15, 2009.

**ORDERED:** James Proffer Hearing set on February 3, 2010 at 9:00 a.m. for one-half day.

**ORDERED:** Any severance motions shall be filed by January 9, 2010. Responses shall be filed by January 23, 2010.

**ORDERED:** Any remaining motions to suppress/supplements shall be filed by October 30, 2009. Responses are due by November 13, 2009.

**ORDERED:** No further extensions will be granted.

**ORDERED:** Defendants are **REMANDED** into the custody of the U.S. Marshal.

**10:55 a.m.** Court in Recess - HEARING CONCLUDED.
**TOTAL TIME:   :52**