UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00100-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

3.  ABRAHAM CUEVAS-PENA,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 The change of plea hearing set for Wednesday, January 27, 2010, at 10:00 a.m. is **RESET** to **Wednesday, January 27, 2010, at 3:00 p.m., in courtroom A-1002.**

 Dated:  January 27, 2010.